# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| HELEN G. SARLE, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 06–0040-CV-W-FJG |
| | ) | |
| MERCK & CO., INC., et al., | ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is Plaintiffs' Motion to Reconsider Stay, Grant Remand, and Permit Oral Argument on an Expedited Basis (Doc. No. 15). The Court has reviewed plaintiffs' motion and finds that reconsideration is not warranted. Therefore, plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 13, 2006
Kansas City, Missouri

/s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge